1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   FRANCISCO RAMIREZ-SANCHEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,       ) No. 09-244 JAM
12                                 )
                  Plaintiff,       )
13                                 ) STIPULATION AND ORDER VACATING
        v.                         ) DATE, RESETTING BRIEFING
14                                 ) SCHEDULE, CONTINUING CASE, AND
   FRANCISCO RAMIREZ-SANCHEZ       ) EXCLUDING TIME
15                Defendant.       )
                                   )
16 _____ ) Date:  JUNE 24, 2010
                                   ) Time:  9:00 a.m.
17                                   Judge: Honorable Judge England

18

19      **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

20 Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for

21 Defendant Francisco Ramirez-Sanchez; Attorney Preciliano Martinez for Elias

22 Alvarez Ramirea; Attorney Gilbert Roque for Miguel Corona Lozano; Attorney

23 Charles Bauer for Antonio Ramirez Sanchez; Attorney Erin Radekin for Jorge

24 Luis Corona Ramirez; Attorney Fred Dawson for Adrian Negrete Andrade and

25 Attorney William Feldman for Jose Ramirez, that the status conference

26 scheduled for May 27, 2010, be vacated and the matter be continued to this

27 Court's criminal calendar on June 24, 2010, at 9:00 a.m, for further status

28 and motion hearing.

1   The parties further stipulate to re-schedule the briefing schedule as
2   follows:
3   Defense motions due not later than 5/20/2010.
4   Government's response due not later than 6/10/2010.
5   Defendants reply due not later than 6/17/2010.
6   Status/Motion Hearing set for 6/24/2010.
7   This continuance is requested by the defense in order to permit further
8   client consultation, investigation, negotiations and preparation of the
9   motions.
10  **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act,
11  18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv),
12  Local code T-4 (time to prepare), and that the ends of justice served in
13  granting the continuance and allowing the defendant further time to prepare
14  outweigh the best interests of the public and the defendant in a speedy
15  trial.
16  The Court is advised that all counsel have conferred about this request,
17  that they have agreed to the June 24, 2010 date, and that all counsel have
18  authorized Ms. Santos to sign this stipulation on their  behalf.
19  **IT IS SO STIPULATED**.

21  Dated: April 21, 2010                    /S/ Dina L. Santos
                                             DINA L. SANTOS
22                                           Attorney for Defendant
                                             FRANCISCO SANCHEZ-RAMIREZ

24  Dated: April 21, 2010                    /S/ Todd Leras
                                             TODD LERAS
25                                           Assistant United States Attorney
                                             Attorney for Plaintiff

    Dated: April 21, 2010                    /S/ Preciliano Martinez
27                                           PRECILIANO MARTINEZ
                                             Attorney for Defendant
28                                           ELIAS ALVAREZ RAMIREZ

```
Dated: April 21, 2010              /S/ Gilbert Roque
                                   GILBERT ROQUE
                                   Assistant United States Attorney
                                   Attorney for Defendant
                                   MIGUEL CORONA LOZANO


Dated: April 21, 2010              /S/ Charles Bauer
                                   CHARLES BAUER
                                   Attorney for Defendant
                                   ANTONIO RAMIREZ SANCHEZ


Dated: April 21, 2010              /S/Erin Radekin
                                   ERIN RADEKIN
                                   Assistant United States Attorney
                                   Attorney for Defendant
                                   JORGE LUIS CORONA RAMIREZ


Dated: April 21, 2010              /S/ Fred Dawson
                                   FRED DAWSON
                                   Attorney for Defendant
                                   ADRIAN NEGRETE ANDRADE


Dated: April 21, 2010              /S/William Feldman
                                   WILLIAM FELDMAN
                                   Assistant United States Attorney
                                   Attorney for Defendant
                                   JOSE RAMIREZ
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3