DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
FRANCISCO RAMIREZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>  )<br>FRANCISCO RAMIREZ-SANCHEZ,  )<br>ET AL.,  )<br>  )<br>           Defendants.  )<br>_____ | No. 2:09-cr-00244-MCE<br><br>STIPULATION AND ORDER VACATING<br>DATE, RESETTING BRIEFING<br>SCHEDULE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  October 28, 2010<br>Time:  9:00 a.m.<br>Judge: Honorable Judge England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Francisco Ramirez-Sanchez; Attorney Gilbert Roque for Miguel Corona Lozano; Attorney Fred Dawson for Adrian Negrete Andrade, that the judgment and sentencing hearings scheduled for September 16, 2010, be vacated and the matter be continued to this Court's criminal calendar on October 28, 2010, at 9:00 a.m, for judgement and sentencing.

This continuance is a joint request to allow the prosecutor to further assess the 5k reduction.

///

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 28, 2010 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Sept. 14, 2010        /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for Defendant
                             FRANCISCO SANCHEZ-RAMIREZ

Dated: Sept. 14, 2010        /S/ Todd Leras
                             TODD LERAS
                             Assistant United States Attorney
                             Attorney for Plaintiff

Dated: Sept. 14, 2010        /S/ Gilbert Roque
                             GILBERT ROQUE
                             Assistant United States Attorney
                             Attorney for Defendant
                             MIGUEL CORONA LOZANO

Dated: Sept. 14, 2010        /S/ Fred Dawson
                             FRED DAWSON
                             Attorney for Defendant
                             ADRIAN NEGRETE ANDRADE

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 14, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order                    2