```
 1  DINA L. SANTOS, Bar #204200
    Attorney at Law
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    FRANCISCO RAMIREZ-SANCHEZ
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11
    UNITED STATES OF AMERICA,       ) No. 2:09-cr-00244-MCE
12                                  )
                  Plaintiff,        )
13                                  ) STIPULATION AND ORDER VACATING
         v.                         ) DATE, RESETTING BRIEFING
14                                  ) SCHEDULE, CONTINUING CASE, AND
    FRANCISCO RAMIREZ-SANCHEZ,      ) EXCLUDING TIME
15  MIGUEL CORONA LOZANO,           )
    ADRIAN NEGRETE ANDRADE,         )
16  ANTONIO RAMIREZ-SANCHEZ,        ) Date:  December 2, 2010
                  Defendants.       ) Time:  9:00 a.m.
17                                    Judge: Honorable Judge England
    _____
18
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Francisco Ramirez-Sanchez; Attorney Gilbert Roque for Miguel Corona Lozano; Attorney Fred Dawson for Adrian Negrete Andrade; Attorney Charles Bauer for Antonio Ramirez-Sanchez, that the status conference scheduled for October 28, 2010, be vacated and the matter be continued to this Court's criminal calendar on December 2, 2010, at 9:00 a.m, for judgement and sentencing.

This continuance is a joint request to allow the prosecutor to further assess the 5k reduction.

The Court is advised that all counsel have conferred about this request, that they have agreed to the December 2, 2010 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Oct. 22, 2010        /S/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for Defendant
                            FRANCISCO RAMIREZ-SANCHEZ

Dated: Oct. 22, 2010        /S/ Todd Leras
                            TODD LERAS
                            Assistant United States Attorney
                            Attorney for Plaintiff

Dated: Oct. 22, 2010        /S/ Gilbert Roque
                            GILBERT ROQUE
                            Assistant United States Attorney
                            Attorney for Defendant
                            MIGUEL CORONA LOZANO

Dated: Oct. 22, 2010        /S/ Fred Dawson
                            FRED DAWSON
                            Attorney for Defendant
                            ADRIAN NEGRETE ANDRADE

Dated: Oct. 22, 2010        /S/ Charles Bauer
                            CHARLES BAUER
                            Attorney for Defendant
                            ANTONIO RAMIREZ-SANCHEZ

**IT IS SO ORDERED.**

Dated: October 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE