```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
FRANCISCO RAMIREZ-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | No. 2:09-cr-00244-MCE |
|                                    ) | |
|        Plaintiff,                  ) | |
|                                    ) | (AMENDED) STIPULATION AND ORDER |
|   v.                               ) | VACATING DATE, RESETTING BRIEFING |
|                                    ) | SCHEDULE, CONTINUING CASE, AND |
| FRANCISCO RAMIREZ-SANCHEZ,         ) | EXCLUDING TIME |
| MIGUEL CORONA LOZANO,              ) | |
| ADRIAN NEGRETE ANDRADE,            ) | |
| ANTONIO RAMIREZ-SANCHEZ,           ) | Date:  March 3, 2010 |
| JORGE CORONA RAMIREZ               ) | Time:  9:00 a.m. |
|        Defendants.                   | Judge: Honorable Judge England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Francisco Ramirez-Sanchez; Attorney Gilbert Roque for Miguel Corona Lozano; Attorney Fred Dawson for Adrian Negrete Andrade; Attorney Charles Bauer for Antonio Ramirez-Sanchez; Attorney Erin Radekin for Jorge Corona Ramirez, that the status conference scheduled for January 6, 2011, be vacated and the matter be continued to this Court's criminal calendar on March 3, 2010, at 9:00 a.m, for judgement and sentencing.

This continuance is a joint request to allow the prosecutor to further assess the 5k reduction.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 3, 2010 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Jan. 4, 2011           /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Defendant
                              FRANCISCO RAMIREZ-SANCHEZ

Dated: Jan. 4, 2011           /S/ Todd Leras
                              TODD LERAS
                              Assistant United States Attorney
                              Attorney for Plaintiff

Dated: Jan. 4, 2011           /S/ Gilbert Roque
                              GILBERT ROQUE
                              Assistant United States Attorney
                              Attorney for Defendant
                              MIGUEL CORONA LOZANO

Dated: Jan. 4, 2011           /S/ Fred Dawson
                              FRED DAWSON
                              Attorney for Defendant
                              ADRIAN NEGRETE ANDRADE

Dated: Jan. 4, 2011           /S/ Charles Bauer
                              CHARLES BAUER
                              Attorney for Defendant
                              ANTONIO RAMIREZ-SANCHEZ

Dated: Jan. 4, 2011           /S/ Erin Radekin
                              ERIN RADEKIN
                              Attorney for Defendant
                              JORGE CORONA-RAMIREZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2