```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
FRANCISCO RAMIREZ-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>           Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>FRANCISCO RAMIREZ-SANCHEZ,          )<br>MIGUEL CORONA LOZANO,               )<br>ADRIAN NEGRETE ANDRADE,             )<br>ANTONIO RAMIREZ-SANCHEZ,            )<br>JORGE CORONA RAMIREZ               )<br>           Defendants.             )<br>_____ | No. 09-244 MCE<br><br>STIPULATION AND ORDER RESETTING<br>J&S DATE<br><br>Date:  May 12, 2011<br>Time:  9:00 a.m.<br>Judge: Honorable Judge England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Francisco Ramirez-Sanchez; Attorney Gilbert Roque for Miguel Corona Lozano; Attorney Fred Dawson for Adrian Negrete Andrade; Attorney Charles Bauer for Antonio Ramirez-Sanchez; Attorney Erin Radekin for Jorge Corona Ramirez, that the Judgement and Sentencing date scheduled for April 14, 2011, be vacated and the matter be continued to this Court's criminal calendar on May 12, 2011, at 9:00 a.m, for judgement and sentencing.

This continuance is a joint request to allow the prosecutor to further assess the 5k reduction.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 12, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: April 12, 2011              /S/ Dina L. Santos
                                    DINA L. SANTOS
                                    Attorney for Defendant
                                    FRANCISCO RAMIREZ-SANCHEZ

Dated: April 12, 2011              /S/ Todd Leras
                                    TODD LERAS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Dated: April 12, 2011              /S/ Gilbert Roque
                                    GILBERT ROQUE
                                    Assistant United States Attorney
                                    Attorney for Defendant
                                    MIGUEL CORONA LOZANO

Dated: April 12, 2011              /S/ Fred Dawson
                                    FRED DAWSON
                                    Attorney for Defendant
                                    ADRIAN NEGRETE ANDRADE

Dated: April 12, 2011              /S/ Charles Bauer
                                    CHARLES BAUER
                                    Attorney for Defendant
                                    ANTONIO RAMIREZ-SANCHEZ

Dated: April 12, 2011              /S/ Erin Radekin
                                    ERIN RADEKIN
                                    Attorney for Defendant
                                    JORGE CORONA-RAMIREZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2