```
1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   FRANCISCO RAMIREZ-SANCHEZ
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 09-244 MCE |
|                                   ) | |
|             Plaintiff,            ) | |
|                                   ) | STIPULATION AND ORDER RESETTING |
|      v.                           ) | J&S DATE |
|                                   ) | |
| FRANCISCO RAMIREZ-SANCHEZ,        ) | |
| MIGUEL CORONA LOZANO,             ) | Date:  June 9, 2011 |
| ADRIAN NEGRETE ANDRADE,           ) | Time:  9:00 a.m. |
| ANTONIO RAMIREZ-SANCHEZ,          ) | Judge: Honorable Judge England |
| JORGE CORONA RAMIREZ              ) | |
|             Defendants.           ) | |
| _____   | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Francisco Ramirez-Sanchez; Attorney Gilbert Roque for Miguel Corona Lozano; Attorney Fred Dawson for Adrian Negrete Andrade; Attorney Charles Bauer for Antonio Ramirez-Sanchez; Attorney Erin Radekin for Jorge Corona Ramirez, that the Judgement and Sentencing date scheduled for April 14, 2011, be vacated and the matter be continued to this Court's criminal calendar on June 9, 2011, at 9:00 a.m, for judgement and sentencing.

This continuance is a joint request to allow the prosecutor to further assess the 5k reduction.

1   The Court is advised that all counsel have conferred about this request,
2 that they have agreed to the June 9, 2011 date, and that all counsel have
3 authorized Ms. Santos to sign this stipulation on their  behalf.
4   **IT IS SO STIPULATED.**

5 Dated: May 10, 2011                /S/ Dina L. Santos
                                     DINA L. SANTOS
6                                    Attorney for Defendant
7                                    FRANCISCO RAMIREZ-SANCHEZ

8 Dated: May 10, 2011                /S/ Todd Leras
                                     TODD LERAS
9                                    Assistant United States Attorney
                                     Attorney for Plaintiff
10

11 Dated: May 10, 2011               /S/ Gilbert Roque
                                     GILBERT ROQUE
12                                   Assistant United States Attorney
                                     Attorney for Defendant
13                                   MIGUEL CORONA LOZANO

14 Dated: May 10, 2011               /S/ Fred Dawson
                                     FRED DAWSON
15                                   Attorney for Defendant
                                     ADRIAN NEGRETE ANDRADE
16
   Dated: May 10, 2011               /S/ Charles Bauer
17                                   CHARLES BAUER
                                     Attorney for Defendant
18                                   ANTONIO RAMIREZ-SANCHEZ

19 Dated: May 10, 2011               /S/ Erin Radekin
                                     ERIN RADEKIN
20                                   Attorney for Defendant
                                     JORGE CORONA-RAMIREZ
21
                              **O R D E R**
22
   **IT IS SO ORDERED.**
23
    Dated: May 16, 2011
24

25

26                                   _____
                                     MORRISON C. ENGLAND, JR.
27                                   UNITED STATES DISTRICT JUDGE

28

2