1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   FRANCISCO RAMIREZ-SANCHEZ
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        ) No. 2:09-cr-00244-MCE
12                                  )
              Plaintiff,            )
13                                  ) STIPULATION AND ORDER RESETTING
        v.                          ) J&S DATE
14                                  )
   FRANCISCO RAMIREZ-SANCHEZ,       )
15 MIGUEL CORONA LOZANO,            ) Date:  June 23, 2011
   ADRIAN NEGRETE ANDRADE,          ) Time:  9:00 a.m.
16 ANTONIO RAMIREZ-SANCHEZ,         ) Judge: Honorable Judge England
   JORGE CORONA RAMIREZ             )
17            Defendants.

18 _____

19     **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

20 Todd Leras, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for

21 Defendant Francisco Ramirez-Sanchez; Attorney Gilbert Roque for Miguel Corona

22 Lozano; Attorney Fred Dawson for Adrian Negrete Andrade; Attorney Charles

23 Bauer for Antonio Ramirez-Sanchez; Attorney Erin Radekin for Jorge Corona

24 Ramirez, that the Judgement and Sentencing date scheduled for June 9, 2011,

25 be vacated and the matter be continued to this Court's criminal calendar on

26 June 23, 2011, at 9:00 a.m, for judgement and sentencing.

27     This continuance is a joint request to allow the prosecutor to further

28 assess the 5k reduction.

1 The Court is advised that all counsel have conferred about this request,
2 that they have agreed to the June 23, 2011 date, and that all counsel have
3 authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: June 7, 2011          /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for Defendant
                             FRANCISCO RAMIREZ-SANCHEZ

Dated: June 7, 2011          /S/ Todd Leras
                             TODD LERAS
                             Assistant United States Attorney
                             Attorney for Plaintiff

Dated: June 7, 2011          /S/ Gilbert Roque
                             GILBERT ROQUE
                             Attorney for Defendant
                             MIGUEL CORONA LOZANO

Dated: June 7, 2011          /S/ Fred Dawson
                             FRED DAWSON
                             Attorney for Defendant
                             ADRIAN NEGRETE ANDRADE

Dated: June 7, 2011          /S/ Charles Bauer
                             CHARLES BAUER
                             Attorney for Defendant
                             ANTONIO RAMIREZ-SANCHEZ

Dated: June 7, 2011          /S/ Erin Radekin
                             ERIN RADEKIN
                             Attorney for Defendant
                             JORGE CORONA-RAMIREZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2