GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for MIGUEL CORONA LOZANO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MIGUEL CORONA LOZANO, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. 2:09-CR-244-MCE <br><br> STIPULATION AND PROPOSED ORDER TO CONTINUE MIGUEL CORONA LOZANO'S JUDGMENT AND SENTENCE HEARING |

Defendant Miguel Corona Lozano, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree that the judgment and sentence hearing set for July 28, 2011, at 9:00 a.m., be continued to August 4, 2011, at 9:00 a.m., before the Honorable Morrison C. England, Jr., as to Defendant Miguel Corona Lozano only.

The parties stipulate and agree to the continuance because counsel for defendant and for plaintiff need additional time to resolve sentencing issues.

Respectfully submitted,

DATED: July 25, 2011        /s/ Gilbert A. Roque
                            GILBERT A. ROQUE, Attorney for
                            Defendant MIGUEL CORONA LOZANO


                            BENJAMIN B. WAGNER
                            United States Attorney

DATED: July 25, 2011    By: /s/ Todd D. Leras
                            TODD D. LERAS
                            Assistant United States Attorney

1

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defendant Miguel Corona Lozano's defense counsel and the prosecutor reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The time from the date of the parties' stipulation, July 25, 2011, to and including August 4, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and T4 (reasonable time for both counsel to prepare). The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and orders that the July 28, 2011, judgment and sentence hearing for defendant Miguel Corona Lozano shall be continued until August 4, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated: July 28, 2011**

_____
**MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE**